UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN HAHN,

    Plaintiff,                       CIVIL ACTION NO. 01-CV-74656

v.                                   DISTRICT JUDGE MARIANNE O. BATTANI

BILL MARTIN, et. al.,              MAGISTRATE JUDGE DONALD A. SCHEER

    Defendants.
_____/

## ORDER DENYING MOTION TO STATE FACTS

Plaintiff having filed a motion to State Facts As We Understand Them seeking the status of the case on June 1, 2007;

Now Therefore;

IT IS HEREBY ORDERED that the motion is DENIED as an improper pleading. Plaintiff can learn the status of this consolidated case simply by obtaining and reading the docket sheet.

                                s/Donald A. Scheer
                                DONALD A. SCHEER
                                UNITED STATES MAGISTRATE JUDGE

DATED: June 13, 2007

_____

**CERTIFICATE OF SERVICE**

I hereby certify on June 13, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on June 13, 2007. **Alan Hahn.**

                                s/Michael E. Lang
                                Deputy Clerk to
                                Magistrate Judge Donald A. Scheer
                                (313) 234-5217